UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE ANTONIO ASCENCIO,                     )          Case No. CV 14-00971-JEM
                                           )
                        Plaintiff,         )
                                           )          **JUDGMENT**
            v.                             )
                                           )
CAROLYN W. COLVIN,                         )
Acting Commissioner of Social Security,    )
                                           )
                        Defendant.         )
_____)

In accordance with the Memorandum Opinion and Order Affirming Decision of

Commissioner filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is

AFFIRMED and this action is dismissed with prejudice.

DATED: November 4, 2014                          _____/s/ John E. McDermott_____
                                                         JOHN E. MCDERMOTT
                                                 UNITED STATES MAGISTRATE JUDGE